UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS CLEMONS,

    Petitioner,

v.

    Case No. 1:19-cv-448

NOAH NAGY,

    HONORABLE PAUL L. MALONEY

    Respondent.
_____/

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Respondent and against Petitioner.

Dated: July 30, 2019                                                            /s/ Paul L. Maloney
                                                                                       Paul L. Maloney
                                                                                       United States District Judge